1012

No. 86–5793.  CARTER ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 86–5802.  MARCH v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 86–5810.  MALADY v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 86–5811.  WALKER v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 86–5824.  BARNES v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 86–390.  MULTIMEDIA, INC. v. HAWKINS, BY AND THROUGH HIS GUARDIAN AD LITEM, HAWKINS.  Sup. Ct. S. C. Motions of North Carolina Press Association et al. and Conus Communications for leave to file briefs as amici curiae granted. Certiorari denied.  JUSTICE BRENNAN would grant certiorari.

No. 86–396.  ILLINOIS v. ANDERSON.  Sup. Ct. Ill.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 86–641.  THOMPSON v. CASAS.  Sup. Ct. Cal.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 86–5024.  DIAMEN v. MARTIN ET AL.  C. A. D. C. Cir. Certiorari denied.  JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 86–5314.  MILTON v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.  JUSTICE BRENNAN would grant certiorari and set the case for oral argument.  JUSTICE MARSHALL and JUSTICE BLACKMUN would grant certiorari, vacate the judgment of the District Court of Appeal of Florida, First District, and remand the case for further consideration in light of Smalis v. Pennsylvania, 476 U. S. 140 (1986).